413 A.2d 383

**COMMONWEALTH of Pennsylvania**

v.

**Jill V. DeJOHN, Appellant.**

Supreme Court of Pennsylvania.

Argued April 21, 1980.

Decided April 22, 1980.

Stanley W. Greenfield, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Kathryn L. Simpson, Asst. Dist. Atty., Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM.

Order affirmed.